IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE B. COLEMAN, III,

    Petitioner,                    No. CIV S-09-0020 DAD P

    vs.

D.K. SISTO,

    Respondent.                  <u>ORDER</u>

_____/

        Petitioner has filed a document requesting that the court order respondent to serve petitioner with a copy of respondent's lodged exhibits, and requesting an extension of time to file and serve a traverse. The Rules Governing Section 2254 Cases do not require that the respondent serve a copy of lodged documents on petitioner. This is because petitioner should have copies of his court transcripts, state court petitions, and state court opinions. Petitioner has not explained why he does not have those records nor has petitioner identified the portions of his record that he allegedly needs in order to file a traverse. Therefore, the court will not order respondent to serve plaintiff a copy of respondent's lodged exhibits. The court will, however, grant petitioner an extension of time to file his traverse.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's April 20, 2009 request for copies of respondent's lodged documents and request for an extension of time (Doc. No. 12) is granted in part;

2. Petitioner's request for an order requiring respondent to serve petitioner with a copy of respondent's lodged document is denied without prejudice;

3. Petitioner's request for an extension of time to file his traverse is granted; and

4. Petitioner shall file and serve his traverse on or before May 30, 2009.

DATED: April 27, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp/4
cole0020.111