IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE B. COLEMAN, III

    Petitioner,                        No. CIV S-09-0020 DAD P

    vs.

D. K. SISTO,

    Respondent.                   ORDER

                              /

        Petitioner is a state prisoner proceeding pro se and in forma pauperis with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has raised a claim of ineffective assistance of trial counsel both before this court and in state court.  In the California Court of Appeal, petitioner requested an order to show cause on his claim of ineffective assistance of trial counsel.  In this court, he has requested issuance of the writ or any other relief to which he may be entitled.  In light of the complexity of the legal issues involving petitioner's claim of ineffective assistance of counsel, the court has determined that appointment of counsel on behalf of petitioner is appropriate.  See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The Federal Defender is appointed and is directed to locate appropriate counsel from the habeas panel to accept the appointment on behalf of petitioner.

2. The Clerk of the Court is directed to serve a copy of the petition and this order on Carolyn Wiggin, Assistant Federal Defender.

3. Petitioner's counsel shall contact the Clerk's Office to make arrangements for copies of documents in the file.

4. A status conference is set for January 14, 2011, at 10:00 a.m. in Courtroom 27.

5. All parties shall appear at the status conference by counsel and shall be prepared to discuss the scheduling of an evidentiary hearing with respect to petitioner's ineffective assistance of counsel claim.

DATED: November 8, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8
coleman20.atty