IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE B. COLEMAN, III,

          Petitioner,               No. CIV S-09-0020 DAD P

    vs.

D.K. SISTO,

          Respondent.          ORDER

_____/

        A status conference came on regularly for hearing on January 14, 2011, in the courtroom of the undersigned.  Assistant Federal Defender Timothy Zindel appeared for petitioner.  Deputy Attorney Generals John Deist and Peggy Ruffra appeared, telephonically, for respondent.  Upon review of the documents in this matter, upon hearing the arguments of counsel and good cause appearing, for the reasons stated on the record, THE COURT MADE THE FOLLOWING FINDINGS AND ORDERS and announced them in open court:

        1.  Counsel for petitioner shall file any supplemental brief in support of the petition on or before March 25, 2011;

        2.  Counsel for respondent shall file a reply to petitioner's supplemental briefing on or before April 29, 2011;

/////

1

3.  An evidentiary hearing is set for May 4, 2011, at 9:00 a.m. in Courtroom 27; and

4.  The evidentiary hearing is limited to: (1) the receipt of testimony from petitioner's trial counsel regarding the issues generally described by the undersigned at the January 14, 2011 hearing; and (2) the receipt of testimony from the alleged alibi witness, if so desired by either party, as discussed on the record at the January 14, 2011 hearing.

DATED: January 14, 2011.


_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
coleman20.eh

2